FILED'06 JUN 08 17:36USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ERIC POMEROY, | ) | |
| | ) | Civil No. 06-240-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ROBISON CONSTRUCTION INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiff's Voluntary Motion to Dismiss, filed 6/7/06, is GRANTED.

Dated this __8__ day of June, 2006.

by /s/ Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge